78 A.3d 958

IN THE MATTER OF DONALD V. ROMANIELLO, AN
ATTORNEY AT LAW (ATTORNEY NO. 002661992).

July 30, 2007.

## CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–014, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **DONALD V. ROMANIELLO,** formerly of **RIVER EDGE,** who was admitted to the bar of this State in 1992, and whose license to practice law in New Jersey was administratively revoked pursuant to *Rule* 1:28–2(c) effective September 25, 2006, should be censured for violating *RPC* 1.1(a)(gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4(a)(failure to communicate with client), *RPC* 1.15(b) and (c)(failure to promptly deliver funds to client or third person and failure to separately keep funds in which attorney and third party claim an interest), *RPC* 5.5(a)(failure to maintain a bona fide office), and *RPC* 8.1(b)(failure to cooperate with ethics authorities);

And good cause appearing;

It is ORDERED that **DONALD V. ROMANIELLO** is hereby censured; and it is further

ORDERED that this censure has no effect on the September 25, 2006, administrative revocation of respondent's license to practice law in this State; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.